UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE CAIRONE, et al., | CASE NO. C13-722 RAJ |
| Plaintiffs, | |
| v. | ORDER |
| PROSPECT MORTGAGE, LLC, | |
| Defendant. | |

This matter comes before the court *sua sponte*. The court has received notice that the MDL court has denied the motion to transfer. Dkt. # 32. Accordingly, the court VACATES its order granting a stay. Dkt. # 36.

Dated this 13th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1